IN THE CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA

RECEIVED

2006 MAY 10 A 11: 47

| | |
|---|---|
| ANDREW J. KEHOE and<br>JOANNE KEHOE,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., a foreign Corporation;<br>ANNE BRANDON, an Individual; LAMONDE<br>RUSSELL, an Individual; and fictitious<br>defendants A, B, C & D, being those persons,<br>firms or Corporations whose fraud, scheme to<br>defraud, and/or other wrongful conduct<br>caused or contributed to the Plaintiff's<br>injuries and damages, and whose true names<br>and identities are presently unknown to<br>Plaintiff, but will be substituted by amendment<br>when ascertained,<br><br>Defendants. | Civil Action No. CV-06-126 |

TO:   Judge
      Circuit Clerk of Russell County
      501 14th Street
      Phenix, AL 36867

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Merck & Co., Inc. has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division, a copy of which is attached hereto as Exhibit A.

Respectfully submitted this the 10Th day of May, 2006.

_____
Alan T. Hargrove, Jr.
One of the Attorneys for Defendant,
Merck & Co., Inc.


EXHIBIT B

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Alan T. Hargrove, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

>Andy D. Birchfield, Jr., Esquire
>J. Paul Sizemore, Esquire
>Benjamin L. Locklar, Esq.
>BEASLEY, ALLEN, CROW,
>METHVIN, PORTIS & MILES, P. C.
>Montgomery, Alabama 36103-4160

by placing a copy of same in the United States mail, postage prepaid, this the 10th day of May, 2006.

_____
OF COUNSEL