IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW J. KEHOE and JOANNE KEHOE, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious defendants A, B, C & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No.: _____ <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## DECLARATION OF LAMONDE RUSSELL

1.      My name is Lamonde Russell. I am over twenty-one years of age, am of sound mind, and am competent to make this Declaration. This Declaration is based upon my personal knowledge.

2.      At no time did I ever provide Vioxx® ("Vioxx") or information concerning Vioxx directly to Andrew J. Kehoe or Joanne Kehoe.

3.      I am not a physician, and have therefore never prescribed Vioxx. I am also not a pharmacist and I have therefore never written or filled a prescription for Vioxx as a pharmacist. The information that I used during the course of my employment



was provided to me by my employer. Specifically, Merck provided me with the FDA-approved prescribing information and the other information I used in speaking with physicians about Vioxx. I had no involvement in the development or preparation of prescribing information for Vioxx, and did not have responsibility for the content or other written warnings concerning Vioxx contained in other information provided to me by my employer. I was not expected, as a Professional Representative, to conduct independent research regarding drugs I detailed. I was not expected to review independent scientific studies published in journals unless Merck supplied them to me.

4. At no time did I have any involvement at all with the manufacture, development, or testing of Vioxx. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals. They were, in my judgment and to the best of my knowledge, in a better position than I to make determinations concerning prescribing Vioxx. I had no dealings at all at any time with any patients of any of the physicians on whom I called regarding Vioxx, and had no knowledge or information of any of those patients' medical histories, symptoms, prognoses, or courses of treatment.

5. At no time did I ever sell, offer to sell or take orders for the sale of Vioxx to patients. Physicians upon whom I would call would write their prescriptions for Vioxx based upon their own independent medical knowledge and judgment and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients including, but not limited to, Andrew J. Kehoe or Joanne Kehoe.

6. I have never participated in, nor was I ever instructed or trained, nor did I ever receive any materials relating to any "Dodgeball program."

7. I have never promoted or detailed Vioxx in Russell County, Alabama.

8. I have never met nor spoken with Andrew J. Kehoe or Joanne Kehoe.

9. I understand that the Plaintiff has identified his prescribing physician as Dr. Dennis Harden of 1810 Stadium Drive #240, Phenix City, Alabama ("Dr. Harden"). I have never called on Dr. Harden regarding Vioxx.

10. I have never made any presentations to the general public regarding Vioxx.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7th, 2006.

*Lamonde Russell*
Lamonde Russell

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW J. KEHOE and <br> JOANNE KEHOE, <br><br>       Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., a foreign Corporation; <br> ANNE BRANDON, an Individual; LAMONDE <br> RUSSELL, an Individual; and fictitious <br> defendants A, B, C & D, being those persons, <br> firms or Corporations whose fraud, scheme to <br> defraud, and/or other wrongful conduct <br> caused or contributed to the Plaintiff's <br> injuries and damages, and whose true names <br> and identities are presently unknown to <br> Plaintiff, but will be substituted by amendment <br> when ascertained, <br><br>       Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No.: _____ <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## DECLARATION OF ANNE BRANDON

1.     My name is Anne Brandon. I am over twenty-one years of age, am of sound mind, and am competent to make this Declaration. This Declaration is based upon my personal knowledge.

2.     At no time did I ever provide Vioxx® ("Vioxx") or information concerning Vioxx directly to Andrew J. Kehoe or Joanne Kehoe.

3.     I am not a physician, and have therefore never prescribed Vioxx. I am also not a pharmacist and I have therefore never written or filled a prescription for Vioxx as a pharmacist. The information that I used during the course of my employment

NY 1046750_3.DOC

was provided to me by my employer. Specifically, Merck provided me with the FDA-approved prescribing information and the other information I used in speaking with physicians about Vioxx. I had no involvement in the development or preparation of prescribing information for Vioxx, and did not have responsibility for the content or other written warnings concerning Vioxx contained in other information provided to me by my employer. I was not expected, as a Professional Representative, to conduct independent research regarding drugs I detailed. I was not expected to review independent scientific studies published in journals unless Merck supplied them to me.

4. At no time did I have any involvement at all with the manufacture, development, or testing of Vioxx. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals. They were, in my judgment and to the best of my knowledge, in a better position than I to make determinations concerning prescribing Vioxx. I had no discussions at all at any time with any patients of any of the physicians on whom I called regarding Vioxx.

5. At no time did I ever sell, offer to sell or take orders for the sale of Vioxx to patients. Physicians upon whom I would call would write their prescriptions for Vioxx based upon their own independent medical knowledge and judgment and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients including, but not limited to, Andrew J. Kehoe or Joanne Kehoe.

6. I have never participated in, nor was I ever instructed or trained, nor did I ever receive any materials relating to any "Dodgeball program."

7. I have never promoted or detailed Vioxx in Russell County, Alabama.

8. I have never met nor spoken with Andrew J. Kehoe or Joanne Kehoe.

9. I understand that the Plaintiff has identified his prescribing physician as Dr. Dennis Harden of 1810 Stadium Drive #240, Phenix City, Alabama ("Dr. Harden"). I have never called on Dr. Harden regarding Vioxx.

10. I have never made any presentations to the general public regarding Vioxx.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2006.

_____
Anne Brandon

NY 1046750_3.DOC