THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAY 10 A 11: 48

P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| ANDREW J. KEHOE and JOANNE KEHOE,  Plaintiffs,  v.  MERCK & CO., INC., a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious defendants A, B, C & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained,  Defendants. | CV 3:06cv425-SRW  Removed from the Circuit Court of Russell County, AL (CV-06-126) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that Merck & Co. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

_____
Alan T. Hargrove, Jr.
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Alan T. Hargrove, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

> Andy D. Birchfield, Jr., Esquire
> J. Paul Sizemore, Esquire
> Benjamin L. Locklar, Esquire
> BEASLEY, ALLEN, CROW,
> METHVIN, PORTIS & MILES, P. C.
> Montgomery, Alabama 36103-4160

by placing a copy of same in the United States mail, postage prepaid, this the 10TH day of May, 2006.

_____
OF COUNSEL