THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAY 10 A 11: 49

P. HACKETT, C...
DISTRICT COU...
...LE DISTRICT AL...

| | |
|---|---|
| ANDREW J. KEHOE and<br>JOANNE KEHOE,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MERCK & CO., INC., a foreign Corporation;<br>ANNE BRANDON, an Individual; LAMONDE<br>RUSSELL, an Individual; and fictitious<br>defendants A, B, C & D, being those persons,<br>firms or Corporations whose fraud, scheme to<br>defraud, and/or other wrongful conduct<br>caused or contributed to the Plaintiff's<br>injuries and damages, and whose true names<br>and identities are presently unknown to<br>Plaintiff, but will be substituted by amendment<br>when ascertained,<br><br>　　　　Defendants. | CV 3:06cv425-SRW<br><br>Removed from the<br>Circuit Court of<br>Russell County, AL<br>(CV-06-126) |

## MOTION TO DISMISS ANNE BRANDON

Without waiving any other defense she may have to this lawsuit, Defendant Anne Brandon moves to dismiss the Plaintiff's Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Defendant Brandon states that she has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Merck & Co., Inc.'s Notice of Removal dated May 10, 2006.

Respectfully submitted, this the 10th day of May, 2006.

_____
Alan T. Hargrove, Jr.
    Bar Number: (ASB-7018-H46A)
Mike Brock
    Bar Number: (ASB-5280-B61R)
F. Chadwick Morriss
    Bar Number: (ASB-8504-S75F)


RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:    ath@rsjg.com
           rcb@rsjg.com
           fcm@rsjg.com

**Attorneys for Defendants**


**CERTIFICATE OF SERVICE**

    I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 10th day of May, 2006, as follows:

    Andy D. Birchfield, Jr., Esquire
    J. Paul Sizemore, Esquire
    Benjamin L. Locklar, Esquire
    BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P. C.
    Montgomery, Alabama 36103-4160
    Attorney for Plaintiff

_____
OF COUNSEL