IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW J. KEHOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-425-MEF |
| | ) |
| MERCK & CO, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendant's Motion to Stay (Doc. #6) filed on May 10, 2006, it is hereby

ORDERED that the plaintiffs show cause in writing on or before June 5, 2006 as to why the motion should not be granted.

DONE this the 23rd day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE