

"I am concerned with the potential edema that occurs with Vioxx."

FILED
JAN 3 0 2006
RUSTY NICHOLS, CLERK
Marengo County, Alabama

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois



PLAINTIFF'S EXHIBIT "E"

LEH 0115297





"I am concerned about the cardiovascular effects of Vioxx?"

Confidential—Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0115300





"The competition has been in my office telling me that the incidence of heart attacks is greater with Vioxx than Celebrex."

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115301