IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW J. KEHOE and JOANNE KEHOE, | * * * |
| PLAINTIFFS, | * * |
| v. | * CASE NO: 3:06cv00425-MEF * |
| MERCK & CO., INC., et al., | * * |
| DEFENDANTS. | * |

**PLAINTIFFS' NOTICE OF FILING**

Plaintiffs hereby submit Plaintiffs' Motion to Remand, Plaintiffs' Brief in Support of Motion to Remand, and Plaintiffs' Opposition to Defendant Anne Brandon's and Lamonde Russell's Motions to Dismiss.

Respectfully submitted this the 23rd day of May, 2006.

/s/ J. Paul Sizemore
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**J. PAUL SIZEMORE (SIZ004)**
**BENJAMIN L. LOCKLAR (LOC009)**
**W. ROGER SMITH, III (SMI257)**
**Attorneys for the Plaintiff**

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class postage prepaid, on this the 23rd day of May, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270

                                                                                     /s/ J. Paul Sizemore
                                                                                     **OF COUNSEL**