**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 25, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Kehoe et al v. Merck & Co., Inc. et al**
**Case Number:    3:06-cv-00425-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by adding the electronic signatures and certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 13   filed on    May 24, 2006.**