IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW J. KEHOE, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-425-MEF |
| | ) |
| MERCK & CO, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #9) filed on May 23, 2006, it is hereby ORDERED that:

1. The defendants shall file a response which shall include a brief and any evidentiary materials on or before June 8, 2006.

2. The defendants may file a reply brief on or before June 15, 2006.

DONE this 25th day of May, 2006.

                                               /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE