IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW J. KEHOE, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   CASE NO. 3:06-cv-425-MEF |
| | ) |
| MERCK & COMPANY, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

This cause is before the court on the Motion by Defendant Merck & Co., Inc. to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. # 6) filed by the defendant on May 10, 2006. The court has carefully considered all submissions in support of and in opposition to this motion and found that the motion is due to be GRANTED. Accordingly, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the above-styled action is STAYED pending a decision from the Panel on Multidistrict Litigation as to the propriety of a transfer.

DONE this the 20th day of June, 2006.

                                                 /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE