IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW J. KEHOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-425-MEF |
| ) | |
| MERCK & CO., INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Set Aside Order Staying Case (Doc. #18) filed on June 27, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 28th day of June, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE